**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-1973**

---

MARK MOYERS,

Petitioner - Appellant,

versus

BIANCA RICCHIONE,

Respondent - Appellee.

---

Appeal from the United States District Court for the District of South Carolina, at Orangeburg. Joseph F. Anderson, Jr., District Judge. (CA-99-125-MC)

---

Submitted: January 20, 2000          Decided: February 2, 2000

---

Before WILLIAMS,[*] MICHAEL, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Mark Moyers, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

---

[*] Judge Williams did not participate in consideration of this case. The opinion is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d).

PER CURIAM:

Mark Moyers appeals the district court's order of his civil action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Moyers v. Ricchione, No. CA-99-125-MC (D.S.C. June 17, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process. We also deny Moyers' motion to remand.

AFFIRMED

2